# Third District Court of Appeal
## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0311
Lower Tribunal No. 21-22094-CA-01
_____


**Mark W. Rickard, P.A.,**
Appellant,

vs.

**Innovative Technologies & Consulting Limited Corp., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Law Guard, and Mark W. Rickard (Plantation), for appellant.

Saul Ewing LLP, and Carmen Contreras-Martinez, and Alexandra Spaw, for appellees.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.